[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  14-13444
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00036-LGW-JEG-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEREMIAH NATHANIEL BENNETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(November 4, 2015)

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

    B. Reid Zeh III, appointed counsel for Jeremiah Bennett in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Bennett's motion to discharge counsel and appoint new counsel is **DENIED**, and Bennett's conviction and sentence are **AFFIRMED**.